## INTERLAKE STEAMSHIP COMPANY AND ANOTHER v. MARINE ENGINEERS BENEFICIAL ASSOCIATION AND OTHERS.

116 N. W. (2d) 505.

July 27, 1962—No. 38,110.

PER CURIAM.

Pursuant to the mandate of the United States Supreme Court dated July 6, 1962, filed herein on July 10, 1962, reversing the judgment of this court, the judgment of this court affirming the trial court's order is hereby vacated and set aside, and the order of the trial court is hereby reversed.

Reversed.